IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEI ZHANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MEDRP INTERNATIONAL, INC.,<br>et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. CV F 11-1329 LJO BAM<br>New Case No. CV F 11-1329 AWI GSA<br><br>**ORDER TO RELATE ACTIONS AND TO ASSIGN NEW DISTRICT JUDGE AND MAGISTRATE JUDGE** |

　　　　Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Xiaohua Song v. MEDRP International, Inc.,* Case No. CV F 11-1327 AWI GSA. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

　　　　On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Gary S. Austin with a new **CASE NO. CV F 11-1329 AWI GSA**. All documents shall bear the new **CASE NO. CV F 11-1329 AWI GSA** and the reassignment to U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Gary S. Austin.

　　　　This Court further VACATES the November 15, 2011 scheduling conference before U.S.

1  Magistrate Judge Barbara A. McAuliffe.  The scheduling conference will be reset before U.S. Magistrate
2  Judge Gary S. Austin.
3       IT IS SO ORDERED.
4  **Dated:     November 10, 2011**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE