# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEI ZHANG, | ) | 1:11-cv-01329 AWI GSA |
|     Plaintiff, | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| MEDRP INTERNATIONAL, INC., a Tennessee corporation, and SVEN MARTINEZ, an individual, | ) ) ) ) | |
|     Defendants. | ) | |

    Following a scheduling conference held February 13, 2012, the undersigned issued a minute order on February 15, 2012, requiring Plaintiff's counsel "to file the appropriate dismissal papers as to defendant Sven Martinez no later than February 22, 2012." (Doc. 34.)

    To date, dismissal documents have not been filed. Accordingly, within five (5) days, Plaintiff shall either file dismissal documents regarding Sven Martinez, or alternatively, counsel for Plaintiff shall show cause why sanctions should not be imposed for a failure to follow the Court's order.

IT IS SO ORDERED.

Dated: __March 9, 2012__          /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE