1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

| | |
|---|---|
| FEI ZHANG,<br><br>        Plaintiff,<br><br>    v.<br><br>MEDRP INTERNATIONAL, INC., a<br>Tennessee corporation, and SVEN<br>MARTINEZ, an individual,<br><br>        Defendants.<br>_____ | 1:11-cv-01329 AWI GSA<br><br>**ORDER DISCHARGING ORDER TO<br>SHOW CAUSE** |

16

17    This Court issued an Order to Show Cause on March 9, 2012, for Plaintiff's failure to file

18    the appropriate dismissal documents regarding named Defendant Sven Martinez.  Plaintiff was

19    ordered to respond within five days, either by filing the dismissal documents or showing good

20    cause why sanctions should not be imposed for a failure to do so as previously ordered on

21    February 15, 2012.  (Doc. 35.)

22    On March 14, 2012, Plaintiff filed a Notice of Voluntary Dismissal with prejudice as to

23    Defendant Martinez.  (Doc. 36.)  Accordingly, the Order to Show Cause is hereby

24    DISCHARGED.

25

26    IT IS SO ORDERED.

27    **Dated:  March 15, 2012**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

28