# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEI ZHANG, | ) 1:11-cv-01329 AWI GSA |
| Plaintiff, | ) **ORDER DISCHARGING ORDER TO** |
| v. | ) **SHOW CAUSE** |
| MEDRP INTERNATIONAL, INC., a Tennessee corporation, and SVEN MARTINEZ, an individual, | ) |
| Defendants. | ) |

        This Court issued an Order to Show Cause on March 9, 2012, for Plaintiff's failure to file the appropriate dismissal documents regarding named Defendant Sven Martinez. Plaintiff was ordered to respond within five days, either by filing the dismissal documents or showing good cause why sanctions should not be imposed for a failure to do so as previously ordered on February 15, 2012. (Doc. 35.)

        On March 14, 2012, Plaintiff filed a Notice of Voluntary Dismissal with prejudice as to Defendant Martinez. (Doc. 36.) Accordingly, the Order to Show Cause is hereby DISCHARGED.

        IT IS SO ORDERED.

**Dated:    March 15, 2012          /s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE