IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEI ZHANG, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MEDRP INTERNATIONAL, INC., a ) <br> Tennessee corporation, and ) <br> SVEN MARTINEZ ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:11-CV-1329 AWI GSA <br><br> ORDER DISMISSING DEFENDANT SVEN MARTINEZ IN LIGHT OF STIPULATION OF DISMISSAL |

On March 14, 2012, Plaintiff filed a stipulation of dismissal of Defendant Sven Martinez, only, with prejudice, pursuant to Rule 41(a)(1). The stipulation is signed by all parties who have made appearances in this case.

Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily after service of an answer by filing a written stipulation to dismiss signed by all of the parties, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Once the stipulation between the parties who have appeared is properly filed or made in open court, no

order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4.

      Because the parties have filed a voluntary dismissal under Rule 41(a)(1)(ii) as to only Sven Martinez, that is signed by all parties who have made an appearance, this case has terminated as to Svem Martinez only. <u>See</u> Fed. R. Civ. Pro. 41(a)(1)(ii). Therefore, IT IS HEREBY ORDERED that Sven Martinez is DISMISSED from this case with prejudice.

IT IS SO ORDERED.

Dated:    March 15, 2012                                                      
CHIEF UNITED STATES DISTRICT JUDGE