1
**WILLIAM J. SMITH - #056116**
**KIRBY F. CANON #276414**

2
**SMITH JOHNSON, INC.**
2350 West Shaw Avenue, Suite 132

3
Fresno, California 93711
(559) 432-0986 Telephone

4
(559) 432-4871 Facsimile

5
MARÍA G. DÍAZ #220087
**THE DIAZ LAW FIRM**

6
2350 West Shaw Avenue, Suite 132
Fresno, California 93711

7
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

8
Maria@mdiazlaw.com

9
Attorneys for Plaintiff, FEI ZHANG

10
UNITED STATES DISTRICT COURT

11
EASTERN DISTRICT OF CALIFORNIA

12
FEI ZHANG,                                     ) **Case No.  1:11-CV-01329-AWI GSA**
                                               )
13
           Plaintiff,                          ) ***AMENDED*** STIPULATION AND
                                               ) **ORDER AMENDING SCHEDULING**
14
vs.                                            ) **CONFERENCE ORDER**
                                               )
15
MEDRP INTERNATIONAL, INC., a Tennessee         )
corporation,   and   SVEN   MARTINEZ,   an     )
16
individual,                                    )
                                               )
17
           Defendants.                         )
                                               )
18

19
           Under Federal Rule of Civil Procedure 16(b)(4), good cause exists to modify the Court's

20
standing Scheduling Order.  Good cause exists because WILLIAM J. SMITH, the lead Plaintiff

21
attorney in this case, has been hospitalized numerous times in the last few months, he further

22
underwent rotator-cuff surgery, and has been unable to return to work for several weeks at various

23
intervals. [Declaration of Kirby F. Canon ¶¶3, 5-10, filed concurrently herewith]  The SMITH

24
JOHNSON law firm only has two attorneys, Mr. Smith and Mr. Canon. Mr. Canon was only hired in

25
April, 2012 and is a fairly new attorney. [Canon Decl. ¶4]  On or around late August, 2012, Mr. Smith

26
was, once again, hospitalized.  Due to Mr. Smith's health, all aspects of Mr. Canon's  workload

27
increased significantly. [Canon Decl. ¶9]  On or around September 18, 2012, Mr. Smith had a surgery.

28
According to his health care provider, due to Mr. Smith's medical history and the current status of his

1  health, he will require additional time to recuperate and possibly additional surgeries.  [Canon Decl.

2  ¶10]

3      To expedite the litigation, Mr. Smith secured new co-counsel, Ms. María G. Díaz, of THE

4  DIAZ LAW FIRM. [Canon Decl. ¶11]  On or around August 29, 2012, I sent a meet and confer letter

5  to Ms. Summer Haro, Defendant's counsel, regarding the aforementioned issues. [Canon Decl. ¶12]

6  A few days later, Ms. Haro agreed to enter into a stipulation to modify the Court's standing

7  Scheduling Order. [Canon Decl. ¶13]   Ms. María G. Díaz, filed  an Association of Counsel on or

8  about September 13, 2012.   [Canon Decl. ¶14]  To date, the parties have engaged in diligent written

9  discovery, yet Mr. Smith's health has affected the scheduling of some depositions. With new counsel,

10  we are now moving forward with depositions. [Canon Decl. ¶15]  Given Mr. Smith's illness and the

11  addition of new counsel to assist with the case, the parties believe there is good cause to extend the

12  deadlines in the Scheduling Order by three-months. [Canon Decl. ¶16] This will allow new counsel

13  to learn the case and for the parties to conduct the necessary depositions and adequately prepare for

14  trial.  The parties agree that there would be no undue prejudice to either party in extending the

15  scheduling order. [*Id*]

16      Based on the foregoing good cause, it is hereby stipulated and agreed by  the parties hereto,

17  and their respective attorneys of record, that the Scheduling Order be amended as follows, to allow

18  the parties to conduct the discovery necessary to prepare for trial.

19      1.      Initial Disclosures: February 16, 2012.

20      2.      Non-Expert Discovery: January 31, 2013.

21      3.      Expert Disclosure: January 31, 2013.

22      4.      Supplemental Expert Disclosures: February 14, 2013.

23      5.      Expert Discovery: March 4, 2013.

24      6.      Non-Dispositive Motion Filing Deadline: March 11, 2013.

25      7.      Dispositive Motion Filing Deadline: March 25, 2013.

26      8.      Settlement Conference: To be set by the Court

27      9.      Pre-Trial Conference:  June 20, 2013.

28      10.     Trial: July 30, 2013 (5-7 Days)

1   Dated:  September 20, 2012

2

3   SMITH JOHNSON, INC.

4
        /s/ KIRBY F.  CAÑON
5   _____
    KIRBY F.  CAÑON, Attorneys for Plaintiff
6   FEI ZHANG

7

8   THE DIAZ LAW FIRM

9
        /s/ MARÍA G. DÍAZ
10  _____
    MARIA G. DIAZ, Attorney for Plaintiff
11  FEI ZHANG

12

13  GOODMAN & ASSOCIATES

14
        /s/ SUMMER D. HARO
15  _____
    SUMMER D. HARO, Attorneys for Defendant
16  MEDRP INTERNATIONAL, INC., now
    known as LATITUDE 36
17

18

19

20

21

22

23

24

25

26

27

28

1                                        **ORDER**

2              GOOD CAUSE HAVING BEEN SHOW, IT IS ORDERED, that the Scheduling Conference

3    Order be amended as follows:

4              1.        Initial Disclosures: February 16, 2012.

5              2.        Non-Expert Discovery: January 31, 2013.

6              3.        Expert Disclosure: January 31, 2013.

7              4.        Supplemental Expert Disclosures: February 14, 2013.

8              5.        Expert Discovery: March 4, 2013.

9              6.        Non-Dispositive Motion Filing Deadline: March 11, 2013.

10             7.        Dispositive Motion Filing Deadline: March 25, 2013.

11             8.        Settlement Conference: To be set by the Court

12             9.        Pre-Trial Conference:  June 20, 2013.

13             10.       Trial: July 30, 2013 (5-7 Days)

14

15         IT IS SO ORDERED.

16     **Dated:    September 21, 2012             _____ /s/ Gary S. Austin            **
                                                  UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28