1  **WILLIAM J. SMITH - #056116**
   **KIRBY F. CAÑON #276414**
2  **SMITH JOHNSON, INC.**
   2350 West Shaw Avenue, Suite 132
3  Fresno, California 93711
   (559) 432-0986 Telephone
4  (559) 432-4871 Facsimile

5  Attorneys for Plaintiff, FEI ZHANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEI ZHANG,<br><br>   Plaintiff,<br><br>vs.<br><br>MEDRP INTERNATIONAL, INC., a Tennessee corporation, and SVEN MARTINEZ, an individual,<br><br>   Defendants. | Case No. 1:11-CV-01329-AWI GSA<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, FEI ZHANG, and Defendant, MEDRP INTERNATIONAL, INC., a Tennessee corporation, now known as LATITUDE36, INC., and through their respective counsel, that the above captioned lawsuit be and hereby is dismissed, with prejudice in its entirety, each party to bear its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

Dated: January 14, 2013

                              SMITH JOHNSON, INC.


                               /s/William J. Smith
                              WILLIAM J. SMITH, Attorneys for Plaintiff
                              FEI ZHANG

////

////

| | | |
|---|---|---|
| 1 | Dated: January 14, 2013 | GOODMAN & ASSOCIATES |
| 2 | | |
| 3 | |   /s/Summer D. Haro |
| 4 | | Summer D. Haro, Attorneys for Defendant MEDRP INTERNATIONAL, INC., a Tennessee corporation, now known as |
| 5 | | LATITUDE36, INC., |

* * * *

**ORDER**

The above Stipulation is hereby adopted as an order of this Court.

IT IS SO ORDERED.

Dated:   January 14, 2013

_____
SENIOR  DISTRICT  JUDGE