1 **WILLIAM J. SMITH - #056116**
**KIRBY F. CAÑON #276414**
2 **SMITH JOHNSON, INC.**
2350 West Shaw Avenue, Suite 132
3 Fresno, California 93711
(559) 432-0986 Telephone
4 (559) 432-4871 Facsimile

5 Attorneys for Plaintiff, FEI ZHANG

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10 | FEI ZHANG,                    ) | **Case No. 1:11-CV-01329-AWI GSA**
11 |          Plaintiff,           ) | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**
12 | vs.                           ) |
13 | MEDRP INTERNATIONAL, INC., a Tennessee corporation, and SVEN MARTINEZ, an individual, ) |
15 |          Defendants.          ) |

17 **IT IS HEREBY STIPULATED** by and between Plaintiff, FEI ZHANG, and Defendant,

18 MEDRP INTERNATIONAL, INC., a Tennessee corporation, now known as LATITUDE36, INC.,

19 and through their respective counsel, that the above captioned lawsuit be and hereby is dismissed, with

20 prejudice in its entirety, each party to bear its own attorneys' fees and costs, pursuant to Federal Rule

21 of Civil Procedure, Rule 41(a)(1).

22 Dated: January 14, 2013

23                                         SMITH JOHNSON, INC.

24

25                                         /s/William J. Smith
                                           WILLIAM J. SMITH, Attorneys for Plaintiff
26                                         FEI ZHANG

27 ////

28 ////

1  Dated: January 14, 2013                    GOODMAN & ASSOCIATES

3                                              /s/Summer D. Haro
                                             Summer D. Haro, Attorneys for Defendant
4                                            MEDRP INTERNATIONAL, INC., a
                                             Tennessee corporation, now known as
5                                            LATITUDE36, INC.,

6                                              * * * *

8                                            **ORDER**

9       The above Stipulation is hereby adopted as an order of this Court.

10  IT IS SO ORDERED.

11
    Dated:   January 14, 2013
12                                           _____
                                                    SENIOR  DISTRICT  JUDGE